

# SHOPPING CART

PROCEED TO CHECKOUT

| continue shopping | update shopping cart |



(http://store.blacksto dmz-r

## SUPER DMZ RX 2.0™ (HTTP://STORE.BLACKSTONELABS.CO/SUPER-DMZ-RX-2)

Edit (http://store.blackstonelabs.co/checkout/cart/configure/id/344560/)

$59.99

1

$59.99

remove item
(http://store.blackst

### Estimate Shipping and Tax
Enter your destination to get a shipping estimate.

**Country ***
United States ▼

**State/Province**
California ▼

**Zip/Postal Code ***
90049

**Standard**
◉ Standard (4-5 Business Days) $7.99

**Accelerated**
○ Expedited (3 Business Days) $25.17
○ Rushed (2 Business Days) $70.59

### Discount Codes
Enter your coupon code if you have one.

### Gift Card
☐ Use Gift Card to check out

Subtotal   $59.99

| | |
|---|---|
| Shipping & Handling (Standard - Standard (4-5 Business Days)) | $7.99 |
| Grand Total Excl. Tax | $67.98 |
| Grand Total Incl. Tax | $67.98 |

PROCEED TO CHECKOUT

**Robert Tauler**

| | |
|---|---|
| **From:** | Blackstone Labs Customer Support |
| **Sent:** | Thursday, March 05, 2015 5:32 PM |
| **To:** | Robert Tauler |
| **Subject:** | New Order for Guest |



# Hello, Robert Tauler

Thank you for your order from Blackstone Labs. Once your package ships we will send an email with a link to track your order. If you have any questions about your order please contact us at cs@blackstonelabs.com or call us at Monday - Friday, 8am - 5pm PST.

Your order confirmation is below. Thank you again for your business.

## Your Order #100035175 (placed on March 5, 2015 8:31:28 PM GMT+5)

**Billing Information:**

Robert Tauler

REDACTED

**Payment Method:**

Credit Card (Authorize.net)

| | |
|---|---|
| **Credit Card Type:** | American Express |
| **Credit Card Number:** | xxxx-2001 |
| **Processed Amount:** | $67.98 |

**Shipping Information:**

Robert Tauler

REDACTED

**Shipping Method:**

Standard - Standard (4-5 Business Days)

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| Super DMZ RX 2.0™ | DMZ | 1 | $59.99 |
| | | Subtotal | $59.99 |
| | | Shipping & Handling | $7.99 |

1

|  |  |
|---|---|
| **Grand Total (Excl.Tax)** | **$67.98** |
| Tax | $0.00 |
| **Grand Total (Incl.Tax)** | **$67.98** |

Thank you again, **Blackstone Labs**