UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | **CV 15-1670-TJH(ASx)** |
| Date | JUNE 2, 2015 |

| | |
|---|---|
| Title | NUTRITION DISTRIBUTION LLC. v. BLACKSTONE LABS, ET AL |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Plaintiff's First Amended Complaint, filed on May 25, 2015.  The Court having read and considered said complaint, hereby orders the Defendant's motion to dismiss [13], filed on May 8, 2015 is now moot.


IT IS SO ORDERED.


cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |