VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email:    dsilverman@venable.com
Stephanie A. Montaño (SBN 276474)
Email:    samontano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Kimberly Culp Cloyd (SBN 238839)
Email:    kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA  94111
Telephone:  (415) 653-3750
Facsimile:   (415) 653-3755

Attorneys for Defendants
BLACKSTONE LABS, LLC;
SINGERMAN & BRAUN, LLC
d/b/a Prime Nutrition;
AARON SINGERMAN; and
PJ BRAUN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE LABS, a Florida Limited Liability Company; SINGERMAN & BRAUN, LLC, a Florida Limited Liability Company d/b/a Prime Nutrition; HARDCORE VENTURES, LLC, a Washington Limited Liability Company; AARON SINGERMAN, an individual, PJ BRAUN, an individual, MITCH BARHAM, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-1670-TJH (ASx)<br><br>Hon. Terry J. Hatter Jr.<br>Courtroom 17 (Spring Street)<br><br>**DECLARATION OF AARON SINGERMAN IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**<br><br>Hearing Date:  September 14, 2015<br>Time:  UNDER SUBMISSION<br><br>Action Filed:  March 6, 2015<br>First Amended Complaint Filed: May 25, 2015<br>Trial Date:  None set |

# DECLARATION OF AARON SINGERMAN

I, Aaron Singerman, declare as follows:

1. I am over the age of 18, have direct personal knowledge of the matters stated herein and am competent to testify regarding all matters set forth herein. The statements contained herein are true and correct to the best of my knowledge, and if called to testify my testimony would be substantially similar to the statements made herein.

2. I am the Chief Executive Officer of Blackstone Labs and the Chief Executive Officer of Prime Nutrition. Blackstone Labs and Prime Nutrition each have their principal place of business in Florida. I work from the offices of Blackstone Labs and Prime Nutrition in Florida. I have never maintained any offices in California for either Blackstone Labs or Prime Nutrition.

3. I was a member of Defendant Hardcore Ventures LLC from 2012 to 2014. Although a Member of Defendant Hardcore Ventures LLC during that time, I was not a manager, agent, officer or other person responsible for managing Hardcore Ventures LLC. My role was that of an investor, to which my investment was not made from California, was not made to California, and no money was transmitted through California as far as I know.

4. I reside in Florida, and have resided in Florida since February 2010. At no time relevant to the allegations made in the above-captioned matter have I resided in California.

5. I do not own property in California and have never owned property in California. At no time relevant to the allegations made in the above-captioned matter have I owned property, leased property, maintained any bank accounts or maintained any investment accounts in California.

6. The allegations made by Plaintiff in the above-captioned matter do not arise from any personal contacts of mine with California. I have never directed to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

or carried out within California any acts which relate to the allegations in the above-captioned matter.

7. Since, 2011 I have made only two trips to California, none of which were related to the allegations made by Plaintiff in the above-captioned matter.

8. I have never directed or carried out any personal or business matters to or within California that relate to the allegations made by Plaintiff in the above-captioned matter.

9. All actions I have taken for Blackstone or Prime Nutrition have been within the course and scope of my employment with either entity in my capacity as the Chief Executive Officer of one or the other.

10. I have not engaged in any actions as the President of either Blackstone or Prime Nutrition that benefited me personally; rather, all such actions were taken solely for the benefit of either Blackstone or Prime Nutrition, as applicable.

11. To my knowledge, I have not communicated with any resident of California to promote or market any of the products mentioned in Plaintiff's First Amended Complaint.

12. Plaintiff alleges at paragraph 26 of the First Amended Complaint that I made statements in a "video on Blackstone's Youtube channel." That video was made in Florida and was posted to the Internet in Florida on a computer located in Florida. In fact, all videos in which I appear on Blackstone's Youtube channel were made in Florida, and posted to the internet in Florida on computers located in Florida.

13. Except for the current litigation, I have never been a defendant in a court in California. Likewise, I have never been a plaintiff in a court in California.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of July, 2015, at Boca Raton, Florida.

_____
Aaron Singerman

9906941-v3   DECLARATION OF AARON SINGERMAN ISO MOTION TO DISMISS THE FAC FOR LACK OF PERSONAL JURISDICTION

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900