Robert Tauler (SBN 241964)
TAULER SMITH LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (310)746-5601
Email: rtauler@taulersmith.com

Attorneys for Plaintiff
Nutrition Distribution LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKSTONE LABS, a Florida Limited Liability Company; SINGERMAN & BRAUN, LLC , a Florida Limited Liability Company dba Prime Nutrition; HARDCORE VENTURES, LLC, a Washington Limited Liability Company; a; AARON SINGERMAN, an individual, PJ BRAUN, an individual, MITCH BARHAM, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-01670-TJH-AS<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 40-2** |

1
**NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a full and final settlement has been reached as to the entirety of this litigation. Pursuant to Local Rule 40-2, the parties hereby inform the Court of this settlement and resolution of the captioned litigation. The parties anticipate that the terms of the settlement will be fully performed within seven (7) days of the filing of this notice, and that a Request for Dismissal of the entire action will be filed within ten (10) days.

Counsel of record for Plaintiff and Defendants have reviewed this notice, and agree that it is true and correct.

DATED: October 14, 2015             TAULER SMITH LLP


By: */s/ Robert Tauler*
Robert Tauler
Attorney for Plaintiff


DATED: October 14, 2015             VENABLE LLP


By: */s/ Daniel S. Silverman*
Dan Silverman, Esq.
Attorneys for Defendants

**NOTICE OF SETTLEMENT**