Robert Tauler (SBN 241964)
Tauler Smith LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (310)746-5601
rtauler@taulersmith.com

Attorneys for Plaintiff
NUTRITION DISTRIBUTION LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKSTONE LABS, a Florida Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01670<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Nutrition Distribution, LLC, voluntarily dismisses the above-captioned action with prejudice

DATED: October 24, 2015

TAULER SMITH LLP

By: ___*/s/ Robert Tauler* ___________
Robert Tauler
Attorneys for Plaintiff
NUTRITION DISTRIBUTION LLC